IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LEON HERRERA,

    Plaintiff,

vs.                                                          Cause No. 16-CV-01366 LF/WPL

FERNANDO "NANDO" GARCIA,
Individually and as Mayor of the Village of Springer,
PAUL MARES, Individually and as Chief of Police
of the Village of Springer, and
STEVEN MICHAEL MARTINEZ, Individually and
as agent of the New Mexico State Police

    Defendants.

## ORDER GRANTING UNOPPOSED MOTION TO STAY DISCOVERY

This matter came before the Court on Defendants Fernando Garcia and Paul Mares' Unopposed Motion to Stay Discovery [Doc. 51].

The Court, noting that the Motion to Stay is unopposed, hereby GRANTS the motion.

It is hereby ORDERED discovery in this matter is stayed until the Court rules on Defendants' Motion to Dismiss on the Basis of Qualified Immunity, Statute of Limitations, and Failure to State a Claim on which Relief can be Granted [Doc. 50].

                                                                   _____
                                                                     WILLIAM P. LYNCH
                                                                     UNITED STATES MAGISTRATE JUDGE